United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Charles L. Mcmanus<br>Felicia Mcmanus<br>796 Pine Hill Rd.<br>Bainbridge, GA 39817 | Chapter 13<br><br>Case No. 10-11131-JDW |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $1278.48 in unclaimed funds of Georgia Farm Bureau, creditor.

Last Known Address (Most recent listed left to right):

Georgia Farm Bureau
C/O Fred Hodges, Pc
248 Tom Hill Sr Blvd, #442
Macon, GA 31210

Dated: 10/16/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee